

# NUMBER 13-26-00487-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

LESLIE BRIANNA
PROCHNOW-RODRIGUEZ,                                              Appellant,

v.

THE STATE OF TEXAS,                                              Appellee.

## ON APPEAL FROM THE 36TH DISTRICT COURT
## OF SAN PATRICIO COUNTY, TEXAS

# MEMORANDUM OPINION

**Before Justices Peña, West, and Fonseca**
**Memorandum Opinion by Justice Fonseca**

This cause is before the Court upon its own motion. On June 17, 2026, appellant filed a notice of appeal attempting to appeal a judgment of conviction in trial court cause number S-25-3736CR. We now dismiss the appeal for want of jurisdiction.

Upon review of the documents before us, the trial court has certified that this is a plea bargain case and appellant "has NO right of appeal" and that he "waived the right of appeal." *See* TEX. R. APP. P. 25.2(a)(2). On June 18, 2026, we ordered appellant's counsel to review the record and determine whether appellant had the right to appeal. Appellant's counsel responded to the notice. Upon review of the record and documents before us, we are of the opinion that appellant waived the right to appeal.

The Texas Rules of Appellate Procedure provide that an appeal must be dismissed if the trial court's certification does not show that the defendant has the right to appeal. *See id.* R. 25.2(d), 37.1, and 44.3. Accordingly, this case is dismissed for want of jurisdiction.

YSMAEL D. FONSECA
Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
6th day of August, 2026.

2